UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MARIO MCGREW,

          Petitioner,

    v.                                          CAUSE NO. 3:20-CV-89-DRL-MGG

WARDEN,

          Respondent.

## OPINION & ORDER

Mario McGrew, a prisoner without a lawyer, filed a habeas corpus petition challenging his prison disciplinary hearing in MCF 19-05-550 where a Disciplinary Hearing Officer (DHO) at the Miami Correctional Facility found him guilty of battery in violation of offense A-102 on June 26, 2019. ECF 14-2 at 1. As a result, Mr. McGrew was sanctioned with the loss of 1,000 days of earned credit time and a one-step demotion in credit class. *Id.*

After Mr. McGrew filed his petition, the Warden filed a motion to dismiss because the Indiana Department of Correction (IDOC) vacated the guilty finding and grievous sanctions and designated the case for a rehearing. Mr. McGrew initially objected to the motion to dismiss asserting that the Warden had not restored his 1,000 days of lost earned credit time and had committed a number of constitutional violations. However, on June 5, 2020, Mr. McGrew filed a document titled "(Notice of Claim) Motion to Dismiss" in which he notified the court that IDOC's supervisor had corrected the 1,000 days of lost earned credit time sanction and asked the court to "[e]nter a motion to dismiss." ECF 19 at 1.

Because Mr. McGrew's earned credit time has been restored and the challenged disciplinary proceeding and sanctions have been vacated, this case is now moot and must be dismissed. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison disciplinary determination

in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement).

For these reasons, the court:

(1) GRANTS the Warden's motion to dismiss (ECF 14);

(2) GRANTS Mr. McGrew's motion to dismiss (ECF 19);

(3) DISMISSES the case and DIRECTS the clerk to close this case.

SO ORDERED.

July 21, 2020   *s/ Damon R. Leichty*
                Judge, United States District Court